**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO.:** _____

**EDWARD SARTAN,**

Plaintiff,

v.

**ALEKSEY MARFITSIN, et al.,**

Defendants.

_____/

## EXHIBIT 1

**USPTO Trademark Registration Certificates for the FLOTENT Marks**

**Submitted by:** Plaintiff Edward Sartan

**In Support Of:** Verified Complaint

**Pages:** 4

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.21 04:02:52 -04'00'

# United States of America

## United States Patent and Trademark Office

# FLOTENT

**Reg. No. 6,838,756**

**Registered Sep. 06, 2022**

**Int. Cl.: 1**

**Trademark**

**Principal Register**

Flotent LLC  (FLORIDA LIMITED LIABILITY COMPANY)
20900 NE 30TH AVE, 8 FL
Aventura, FLORIDA 331801529

CLASS 1: Chemicals used in industry; Industrial chemicals

FIRST USE 1-1-2018; IN COMMERCE 1-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "FLOTENT" has no meaning in a foreign language.

SER. NO. 90-883,938, FILED 08-16-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.21 04:24:26 -04'00'

# United States of America

## United States Patent and Trademark Office

# FLOTENT GL3G

**Reg. No. 6,839,346**

**Registered Sep. 06, 2022**

**Int. Cl.: 1**

**Trademark**

**Principal Register**

Flotent LLC  (FLORIDA LIMITED LIABILITY COMPANY)
20900 NE 30TH AVE, 8 FL
Aventura, FLORIDA 331801529

CLASS 1: Chemical reagents, other than for medical or veterinary purposes

FIRST USE 10-1-2016; IN COMMERCE 10-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording FLOTENT GL3G has no meaning in a foreign language.

SER. NO. 97-053,465, FILED 09-30-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.21 04:24:28 -04'00'

# United States of America

## United States Patent and Trademark Office

# POLYPAM

**Reg. No. 6,839,347**

**Registered Sep. 06, 2022**

**Int. Cl.: 1**

**Trademark**

**Principal Register**

Flotent LLC  (FLORIDA LIMITED LIABILITY COMPANY)
20900 NE 30TH AVE, 8 FL
Aventura, FLORIDA 331801529

CLASS 1: Flocculants

FIRST USE 6-1-2016; IN COMMERCE 6-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording POLYPAM has no meaning in a foreign language.

SER. NO. 97-053,466, FILED 09-30-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.21 04:24:31 -04'00'

# United States of America
## United States Patent and Trademark Office

# FLOTFLOC

**Reg. No. 6,839,348**

**Registered Sep. 06, 2022**

**Int. Cl.: 1**

**Trademark**

**Principal Register**

Flotent LLC  (FLORIDA LIMITED LIABILITY COMPANY)
20900 NE 30TH AVE, 8 FL
Aventura, FLORIDA 331801529

CLASS 1: Chemicals used in industry; Industrial chemicals

FIRST USE 4-1-2017; IN COMMERCE 4-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "FLOTFLOC" has no meaning in a foreign language.

SER. NO. 97-053,467, FILED 09-30-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO.:** _____

**EDWARD SARTAN,**

Plaintiff,

v.

**ALEKSEY MARFITSIN, et al.,**

Defendants.

_____/

## EXHIBIT 2

**Management Fee Agreement (2016) and Amendments No. 1 & No. 2 (2018)**

**Submitted by:** Plaintiff Edward Sartan

**In Support Of:** Verified Complaint

**Pages:** 5

## MANAGEMENT FEE AGREEMENT

**MANAGEMENT FEE AGREEMENT,** dated as of July 8, 2016 (this "Agreement"), by and among **FLOTENT CHEMICALS LLC,** a Florida limited liability company (the "Company") and, **MR. OTABEK RAKHMATULLAEV,** an individual, Republic of Uzbekistan Passport No. AA5566707 date of issue May 29, 2014 (the "Manager").

### RECITALS

**WHEREAS,** Manager has expertise in the areas of market research and development, materials sourcing, materials marketing, logistics planning and other matters relating to management of the Company and its operations;

**WHEREAS,** the Company desires to avail itself of Manager's expertise and consequently has requested that Manager make such expertise available from time to time in rendering certain management consulting and advisory services related to the business and affairs of the Company; and

**WHEREAS,** each the Manager and the Company agrees that it is in its best interest to enter into this Agreement whereby, for the consideration specified herein, the Manager has provided and shall provide the services identified herein as an independent consultant to the Company.

**NOW, THEREFORE,** in consideration of the foregoing, and the mutual agreements and covenants set forth herein and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

**Section 1. Retention of Manager.**

The Company retains the Manager, and the Manager accepts such retention, upon the terms and conditions set forth in this Agreement.

**Section 2. Term.**

This Agreement shall commence on, and shall be effective from, the date hereof and shall continue for as long as the Company continues to exist (the "Term") unless terminated in writing by the Manager, or terminated by written mutual agreement between the Manager and the Company.

**Section 3. Management Consulting Services.**

a) Manager shall oversee and handle for the Company market research and development, materials sourcing, materials marketing, logistics planning and other senior management matters related to the business, administration and policies of the Company. To provide such services, the Manager shall devote such time as the Manager shall deem, in its sole discretion, necessary. Such services, in the Manager's sole discretion, shall be rendered in person or by telephone or other communication. The Manager shall have no obligation to any member of the Company as to the manner and time of rendering its services hereunder, and no member of the Company shall have any right to dictate or direct the details of the services rendered hereunder.

b) The members of the Company shall promptly provide any materials or information that the Manager may reasonably request in connection with the provision of services by the Manager pursuant to the terms of this Agreement or to comply with legal requirements (any such materials or information so furnished, (the "Information"). The Company recognizes and confirms that the Manager (i) shall use and rely primarily on the Information and on information available from generally recognized public sources in performing the services contemplated by this Agreement without having independently verified the same, (ii) does not assume any responsibility or liability whatsoever for the accuracy or completeness of the Information and such other information and (iii) is entitled to rely upon the Information without independent verification.

c) The Manager shall perform all services to be provided hereunder as an independent contractor to the Company and not as an employee of the Company. The Manager shall have authority to act for or to bind the Company while acting in its capacity as a manager to the Company under this Agreement without the Company's prior written consent.

d) This Agreement shall in no way prohibit the Manager or its representatives from engaging in other activities or performing services for its or their own account or for the account of others.

**Section 4. Compensation.**

a) As consideration for Manager's agreement to render the services set forth in Section 3(a) of this Agreement and as compensation for any such services rendered by the Manager, the Company agrees to pay to the Manager a nonrefundable fee agreed to from time-to-time between the Company and the Manager, in the amount and payable to the Manager as recorded in and in accordance with fee addendums to this Agreement (the "Management Fee").

b) The parties acknowledge and agree that an objective of the Company is to maximize value and returns for its members.

c) Nothing in this Agreement shall have the effect of prohibiting the Manager, or any of its or its agents, advisors or representatives from receiving from the Company any other fees.

**Section 5. Indemnification; Limitation on Damages**

a) The Company shall indemnify and hold harmless Manager its agents, advisors, and representatives (each such Person being an Indemnified Party") from and against any and all losses, claims, damages and liabilities, including in connection with seeking indemnification and, whether joint or several (the "Liabilities"), related to, arising out of or in connection with the services contemplated by this Agreement or the engagement of the Manager pursuant to, and the performance by the Manager of the services contemplated by, this Agreement, whether or not pending or threatened, whether or not an Indemnified Party is a party, whether or not resulting in any liability and whether or not such action, claim, suit, investigation or proceeding is initiated or brought by any member f the Company. The Company shall reimburse any Indemnified Party for all costs, fees and expenses (including attorneys' fees and xpenses) as they are incurred in connection with investigating, preparing, pursuing, defending or assisting in the defense of any ction, claim, suit, investigation or proceeding for which the Indemnified Party would be entitled to indemnification under the terms of he previous sentence, or any action or proceeding arising therefrom, whether or not such Indemnified Party is a party thereto. The Company shall not be liable under the foregoing indemnification provisions with respect to any Liability of an Indemnified Party to he extent that such is determined by a court of competent jurisdiction, in a final judgment from which no further appeal may be taken, ɔ have resulted primarily from the willful misconduct of such Indemnified Party. The attorneys' fees and other expenses of an ndemnified Party shall be paid by the Company as they are incurred upon receipt, in each case, of an undertaking by or on behalf of he Indemnified Party to repay such amounts if it is finally judicially determined that the Liabilities in question resulted primarily from he willful misconduct of such Indemnified Party.

ɔ) The Company's sole remedy against the Manager for breach of this Agreement shall be to offset any fees otherwise payable to the Manager by the amount of any Liabilities arising out of or relating to this Agreement or the services to be rendered hereunder, it being nderstood that any recovery shall be limited to actual damages, and no special, consequential, indirect, or punitive damages shall be llowed. No Indemnified Person shall be liable to the Company Group (i) for any breach hereunder by another Indemnified Person or ii) for any breach by it, unless such breach constitutes fraud or willful misconduct as determined in a final judgment of a court of ompetent jurisdiction from which no appeal can be made.

### ection 6. Notices.

ll notices, requests, consents and other communications hereunder shall be in writing and shall be deemed sufficient if personally elivered, sent by nationally-recognized overnight courier, by e-mail, or by registered or certified mail, return receipt requested and ostage prepaid, addressed as follows:

to Manager, to:

ITABEK RAKHMATULLAEV
YA LINIYA KIEVA 86
ASHKENT 700057 UZ
-MAIL: OR@FLOTENT.COM

to the Company, to:
LOTENT CHEMICALS LLC
0900 NE 30TH AVE, 8 FL
VENTURA, FL 33180-1529
-MAIL: INFO@FLOTENT.COM

r to such other address as the party to whom notice is to be given may have furnished to each other party in writing in accordance erewith. Any such notice or communication shall be deemed to have been received (a) in the case of personal delivery, on the date of uch delivery, (b) in the case of nationally-recognized overnight courier, on the next business day after the date when sent, (c) in the ase of e-mail, when received, and (d) in the case of mailing, on the third business day following that on which the piece of mail ontaining such communication is posted.

### ection 7. Benefits of Agreement.

his Agreement shall bind and inure to the benefit of Manager, the Company, the Indemnified Parties and any successors to or assigns f Manager, the Company, and the Indemnified Parties; provided, this Agreement may not be assigned by either party hereto without he prior written consent of the other party, which consent will not be unreasonably withheld in the case of any assignment by lanager and; provided, further, that no consent of any party shall be required for any assignment by Manager to a representative. pon Manager's request, the Company shall cause the other members of the Company to become parties hereto directly in order to ail themselves of the services hereunder.

### ection 8. Governing Law.

his Agreement shall be governed by, and construed, enforced and interpreted in accordance with, the laws of the State of Florida ithout giving effect to any law that would cause the laws of any jurisdiction other than the State of Florida to be applied. Each of the arties hereto hereby (a) submits to the exclusive jurisdiction of any state court sitting in Florida or any federal court sitting in Florida

for the purpose of any action arising out of or relating to this letter agreement brought by any party hereto, (b) agrees that all claims in respect of such action or proceeding shall be heard and determined only in any such court, (c) agrees that it shall not attempt to deny or defeat such personal jurisdiction by motion or other request for leave from any such court, (d) agrees not to bring any action or proceeding arising out of or relating to this letter agreement or any of the transactions contemplated by this letter agreement in any other court and (e) irrevocably waives, in any such action, any claim of improper venue or any claim that such courts are an inconvenient forum.

### Section 9. Headings.

Section headings are used for convenience only and shall in no way affect the construction of this Agreement.

### Section 10. Entire Agreement; Amendments.

This Agreement contains the entire understanding of the parties hereto with respect to its subject matter and supersedes any and all prior agreements, and neither it nor any part of it may in any way be altered, amended, extended, waived, discharged or terminated except by a written agreement signed by each of the parties hereto.

### Section 11. Counterparts.

This Agreement may be executed in counterparts, including via facsimile transmission or PDF copies sent by e-mail, and each such counterpart shall be deemed to be an original instrument, but all such counterparts together shall constitute but and the same document.

### Section 12. Waivers.

Any party to this Agreement may, by written notice to the other party, waive any provision of this Agreement. The waiver by any party of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach.

### Section 13. Severability.

Any provision of this Agreement that is prohibited or unenforceable in any jurisdiction will, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction will not invalidate or render unenforceable such provision in any other jurisdiction.



**The Company**

By: _____
Name: Edward Sartini
Title: President
FLUTENT CHEMICALS LLC

**The Manager**

By: _____
Name: Edward Sartini

**Approved:**

By: _____
Name: Olabek Rakhmatullaev
Title: AMIR
FLUTENT LLC

## FEE ADDENDUM NO. 1

### TO

### MANAGEMENT FEE AGREEMENT

This Fee Addendum to the Management Fee Agreement made this 1 day of June 2018, by and among FLOTENT CHEMICALS LLC, a Florida limited liability company (the "Company") and, MR. OTABEK RAKHMATULLAEV, an individual, Republic of Uzbekistan Passport No. A87985723 date of issue October 31, 2017 (the "Manager").

The Company and the Manager entered into a Management Fee Agreement (the "Agreement") on July 8, 2016, for management of the Company operations.

The parties wish to set the amount of the monthly compensation of the Manager, as set forth in Section 4 of the Agreement.

**NOW, THEREFORE**, the parties agree that:

Commencing with June 1, 2018 the basic compensation due to the Manager under Section 4 of the Agreement shall be set at $3,000.00 per month.

The Management Fee shall be paid on the last banking day of each month as per invoice issued by the Manager.

The Management Fee shall be paid by ACH or wire transfer to the bank account indicated the Manager's invoice.

All other terms, conditions, and provisions of the Agreement will remain in full force and effect.

**IN WITNESS WHEREOF,** the parties have duly executed this Addendum as of the date first above written.

**The Company**

By: _____
Name: Edward Sartan
Title: President
FLOTENT CHEMICALS LLC

**Approved:**

By: _____
Name: Edward Sartan
Title: MGRM
FLOTENT LLC

**The Manager**

By: _____
Name: Edward Sartan

**Approved:**

By: _____
Name: Otabek Rakhmatullaev
Title: AMGR
FLOTENT LLC

## FEE ADDENDUM NO. 2

### TO

### MANAGEMENT FEE AGREEMENT

This Fee Addendum to the Management Fee Agreement made this 1 day of December 2018, by and among FLOTENT CHEMICALS LLC, a Florida limited liability company (the "Company") and, MR. OTABEK RAXMATULLAYEV, an individual Republic of Uzbekistan Passport No. A87985723 date of issue October 31, 2017 (the "Manager").

The Company and the Manager entered into a Management Fee Agreement (the "Agreement") on July 8, 2016, for management of the Company operations.

The parties wish to set the amount of the monthly compensation of the Manager, as set forth in Section 4 of the Agreement.

**NOW, THEREFORE,** the parties agree that:

Commencing with January 1, 2019, in addition to the basic compensation due to the Manager, as set forth in the FEE ADDENDUM NO. 1 signed on June 1 2018, the Manager shall be entitled to performance-based bonuses.

Commencing with January 1, 2019 the Manager shall be entitled to a bonus in the amount equal to 4.0% of revenue received by the Company from sales to JV Uz-Kor Chemical LLC, commencing with January 1, 2018, (the "Bonus 01").

The payment of Bonus 01 shall be effected between November 1 of the current year and January 31 of the following year, as invoice issued by the Manager.

The Management Fee shall be paid by ACH or wire transfer to the bank account indicated the Manager's invoice.

All other terms, conditions, and provisions of the Agreement will remain in full force and effect.

**IN WITNESS WHEREOF,** the parties have duly executed this Addendum as of the date first above written.



The Company

By: _____
Name: Edward Sartan
Title: President
FLOTENT CHEMICALS LLC

**Approved:**

By: _____
Name: Edward Sartan
Title: MGRM
FLOTENT LLC

The Manager

By: _____
Name: Edward Sartan

**Approved:**

By: _____
Name: Otabek Rakhmatullaev
Title: AMBR
FLOTENT LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO.:** _____

**EDWARD SARTAN,**

Plaintiff,

v.

**ALEKSEY MARFITSIN, et al.,**

Defendants.

_____/

**EXHIBIT 3**

**Representative Wells Fargo Payment to Defendant Otabek Rakhmatullaev**

**Submitted by:** Plaintiff Edward Sartan

**In Support Of:** Verified Complaint

**Pages:** 1

13/2019            Completed Payments

 **Wires**

# Payment Information

Fed Ref # 1119I1B7031R015160

Payment ID 127

Type Wire

Name OTRA

Status Successful

Modified 11/19/2019 01:48 pm ET by SARTE264

# Debit Account

Debit Account
FLOTENT CHEMICALS LLC
Acct # 5066424457 USD

# Beneficiary

Beneficiary
Otabek Rakhmatullaev
13 UL BOLSHAYA GRUZINSKAYA ST
MOSCOW 123056
Russian Federation (RU)
Acct # 40820840638260000938
Notification
OR@FLOTENT.COM

Beneficiary Bank
SBERBANK
VAVILOV UL. 19
MOSCOW 117997
Russian Federation (RU)
SWIFT SABRRUMMXXX

# Payment Details

Debit Currency  USD - United States Dollar

Credit Currency  USD - United States Dollar

Amount  18,468.00 USD

Value Date  11/19/2019

Cutoff  11/19/2019 05:30 pm ET

Wire Fee Assignment  OUR

# References

Originator to Beneficiary Information
Purpose of Payment  MFA AGREEMENTDD 06082016

OBI  INV 191003 DD 2019 1108

Originator
FLOTENT CHEMICALS LLC
20900 NE 30TH AVE FL 8
AVENTURA FL 331802165
United States of America (US)
Payment References
ID or Acct #  5066424457

/13/2019
Completed Payments

# Internal Reference

Customer Reference   OR

# Intermediary Bank

Intermediary Bank
THE BANK OF NEW YORK MELLON
225 LIBERTY STREET
NEW YORK 10286
United States of America (US)
FEDWIRE 021000018

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO.:** _____

**EDWARD SARTAN,**

Plaintiff,

v.

**ALEKSEY MARFITSIN, et al.,**

Defendants.

_____/

## EXHIBIT 4

**\*\*Representative Wells Fargo Corporate Credit Card Statement**

Issued to: "FLOTENT CHEMICALS / OTABEK RAKHMATULLAEV"\*\*

**Submitted by:** Plaintiff Edward Sartan

**In Support Of:** Verified Complaint

**Pages:** 4

## WELLS FARGO BUSINESS ELIT

P

| Prepared For | FLOTENT CHEMICALS<br>OTABEK RAKHMATULLAEV |
|---|---|
| Account Number | 4484 6100 0693 5319 |
| Statement Closing Date | 07/02/21 |
| Days in Billing Cycle | 29 |
| Next Statement Date | 08/03/21 |

| Credit Line | $5,000 |
|---|---|
| Available Credit | $2,582 |

For Customer Service Call:
800-231-5511

Inquiries or Questions:
Wells Fargo SBL  PO Box 29482
Phoenix, AZ 85038-8650

Payments:
Elite Card Payment Center PO Box 77
Minneapolis, MN 55480-7766

### Payment Information

| New Balance | $2,417.54 |
|---|---|
| Current Payment Due | $500.00 |
| Past Due Amount | $330.41 |
| **Total Amount Due (Minimum Payment)** | **$830.41** |
| **Current Payment Due Date** | **07/28/21** |

**Your Past Due Amount of $330.41 is** immediately.

**Your Current Payment of $500.00 is** 07/28/21.

If you wish to pay off your balance in fu balance noted on your statement is not payoff amount. Please call 800-231-55 payoff information.

### Account Summary

| Previous Balance | | $330.41 |
|---|---|---|
| Credits | - | $0.00 |
| Payments | – | $0.00 |
| Purchases & Other Charges | + | $2,075.27 |
| Cash Advances | + | $0.00 |
| Finance Charges | + | $11.86 |
| New Balance | = | $2,417.54 |

### Rate Information

Your rate may vary according to the terms of your agreement.

| TYPE OF BALANCE | ANNUAL INTEREST RATE | DAILY FINANCE CHARGE RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGES | TRANSACTION FINANCE CHARGES | |
|---|---|---|---|---|---|---|
| PURCHASES | 7.240% | .01983% | $2,063.42 | $11.86 | $0.00 | |
| CASH ADVANCES | 23.990% | .06572% | $0.00 | $0.00 | $0.00 | |
| TOTAL | | | | $11.86 | $0.00 | |

### Important Information

YOUR ACCOUNT IS PAST DUE. IF THE PAYMENT HAS NOT ALREADY BEEN SENT,
PLEASE REMIT THE TOTAL AMOUNT DUE TODAY OR CALL US AT 1-800-358-3961.
IF YOUR ACCOUNT HAD A PROMOTIONAL RATE, THAT RATE MAY NO LONGER APPLY.

See reverse side for important information.

5596      YTG      1    7  2   210702  0       8 PAGE 1 of 4      1 G  3268  1000  ELA1  01DR5596

------------------------------- DETACH HERE -------------------------------
Detach and mail with check payable to "Wells Fargo" to arrive by Current Payment Due Date.

Make checks payable to: Wells Fargo

| Account Number | 4484 6100 0693 5319 |
|---|---|
| New Balance | $2,417.54 |
| Total Amount Due (Minimum Payment) | $830.41 |
| Current Payment Due Date | 07/28/21 |

Amount Enclosed:

0830410241754004484610006 9

Print address or
phone changes:

Work (     )

ELITE CARD PAYMENT CENTER     YTG
PO BOX 77066                 29
MINNEAPOLIS MN 55480-7766

FLOTENT CHEMICALS
OTABEK RAKHMATULLAEV
20900 NE 30TH AVE FL 8
AVENTURA FL 33180-2165

OTABEK RAKHMATULLAEV account en
P

# If your card is ever lost or stolen

Please notify us immediately by calling: **1-800-231-5511**.

# Questions about your statement

If you have a question about your statement, please write to us within 30 days after the statement was
to you. Please use a separate letter and include your account number and the date of the statement in
Please refer to the front of the statement for our Inquiry mailing address.

**For all your personal or business financial service needs, visit us at www.wellsfargo.co**

# Important payment information

**Payments made at a Wells Fargo branch**
You may use cash or checks when making payments at a Wells Fargo branch.

**Payments by mail**
Mail your check and the payment coupon to the Payment Remittance Center address printed on this
statement. For fastest delivery, please use the enclosed window envelope. If using a single check to pay
accounts, we must receive a completed payment coupon for each account being paid or a list showing t
account number and amount to be credited to each account. If you are paying multiple accounts with a
check, the total of the check must equal the sum of the payments to be applied to each individual acco
at least the total minimum payment due for all accounts.

**Payments by phone**
If you are authorized to transact on the account, you may be able to initiate a payment by calling the Cu
Service number listed on the front of this statement.

**Payments made using Wells Fargo Online Banking or Wells Fargo Mobile**
If you have access to the account via Wells Fargo Online Banking or Mobile you may be able to make a
depending on your level of access.

**Automatic Payments**
You can establish automatic payments to this credit account from a Wells Fargo deposit account or an
financial institution. For enrollment information, please contact our Customer Service number listed or
front of this statement.

**Timing of payment by mail or payments made at a Wells Fargo branch**
Payments that are received at the designated payment processing address (printed on each statement
5:00 p.m. on any business day will be credited as of the day of receipt. Payments received after 5:00 p.r
non-business days may be credited as of the next business day.

**When a payment is considered late**
If your payment is received or initiated any time after the Due Date, it is considered late and your accou
be subject to a late fee.

# Promotional rates

All promotional rates are subject to early termination if there are late payments or other defaults. Pleas
sections "Default" and "Remedies" in your Cardholder Agreement.

© 2020 Wells Fargo Bank, N.A. All rights reserved.  (09-20) DR

O1DR5596 - 12 - (

5596        YTG      1    7   2   210702   0        D PAGE 2 of 4        1 0  3268  1000  ELA1  O1DR5596

## Transaction Details

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| 06/03 | 06/04 | 74132204V07MGL85N | Rooms Kazbegi-Food&Bevera Stepantsminda GE | | 15.49 |
| | - | 06/04 | GE LARI | | |
| | - | 06/04 | 49.56 X 0.31255044 | | |
| 06/03 | 06/04 | 74237994W09BMMKN0 | ADJARA GROUP LLC KAZBEGI GE | | 223.09 |
| | - | 06/04 | GE LARI | | |
| | - | 06/04 | 713.90 X 0.31249474 | | |
| 06/03 | 06/04 | 74237994W09BNM6ZY | ADJARA GROUP LLC KAZBEGI GE | | 132.37 |
| | - | 06/04 | GE LARI | | |
| | - | 06/04 | 413.00 X 0.32050847 | | |
| 06/03 | 06/04 | 74237994W09BNM699 | ADJARA GROUP LLC KAZBEGI GE | | 33.19 |
| | - | 06/04 | GE LARI | | |
| | - | 06/04 | 106.20 X 0.31252354 | | |
| 06/03 | 06/04 | 74438664V00BYEG42 | LTD VINOTEL BOUTIQUE HOTE TBILISI GE | | 122.12 |
| | - | 06/04 | GE LARI | | |
| | - | 06/04 | 374.90 X 0.32574019 | | |
| 06/04 | 06/04 | 74237994W09BJN6Q0 | NUROL INSHAATVE TIJARET J BATUMI GE | | 61.24 |
| | - | 06/04 | GE LARI | | |
| | - | 06/04 | 188.00 X 0.32574468 | | |
| 06/05 | 06/05 | 74132204X07N1L2LR | OLD BOULEVARD Batumi GE | | 62.40 |
| | - | 06/05 | GE LARI | | |
| | - | 06/05 | 194.70 X 0.32049306 | | |
| 06/05 | 06/05 | 74132204X07N13WQ4 | FIHSLANDIA LTD Batumi GE | | 211.71 |
| | - | 06/05 | GE LARI | | |
| | - | 06/05 | 660.55 X 0.32050563 | | |
| 06/07 | 06/07 | 74237994Z09QDRTJJ | SHERATON BATUMI HOTEL BATUMI GE | | 320.88 |
| | - | 06/07 | GE LARI | | |
| | - | 06/07 | 1004.34 X 0.31949339 | | |
| 06/07 | 06/07 | 74237994Z09QDRTJS | SHERATON BATUMI HOTEL BATUMI GE | | 160.44 |
| | - | 06/07 | GE LARI | | |
| | - | 06/07 | 502.17 X 0.31949339 | | |
| 06/07 | 06/07 | 74237994Z09QDSL39 | GTR LTD TBILISI GE | | 147.51 |
| | - | 06/07 | GE LARI | | |
| | - | 06/07 | 461.70 X 0.31949317 | | |
| 06/15 | 06/15 | 7473854560000M7V8 | Cafe Alligator Green Bishkek KG | | 101.19 |
| | - | 06/15 | KG SOM | | |
| | - | 06/15 | 8557.50 X 0.01182471 | | |
| 06/16 | 06/16 | 7444675580178F5AF | kafe Zsandukki Bishkek KG | | 110.71 |
| | - | 06/16 | KG SOM | | |
| | - | 06/16 | 9361.00 X 0.01182672 | | |
| 06/17 | 06/17 | 7473854580000MTP0 | Hotel Garden Hotel & SPA BISHKEK KG | | 333.93 |
| | - | 06/17 | KG SOM | | |
| | - | 06/17 | 28264.00 X 0.01181467 | | |
| 06/28 | 06/28 | | ** LATE CHARGE | | 39.00 |
| | | PERIODIC *FINANCE CHARGE* | PURCHASES $11.86 CASH ADVANCE $0.00 | | 11.86 |

## Wells Fargo News

**Take advantage of the features that come with Online Banking:**
Messages and alerts: Stay informed about your account with updates sent to your email or mobile phone.
Wells Fargo Card Design Studio® service: Make your card as unique as your business. Customize your card design with this free service.
Automatic Payments: Never miss a payment, avoid late charges and protect your credit rating.

This page intentionally blank

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**


**CASE NO.:** _____


**EDWARD SARTAN,**

Plaintiff,

v.

**ALEKSEY MARFITSIN, et al.,**

Defendants.

_____/


**EXHIBIT 5**


**Florida Sunbiz Corporate Filings:**

- Plaintiff's February 2, 2022 Annual Reports, and

- Defendants' August 30, 2022 Amended Reports Filed by Defendant Otabek Rakhhmatullaev,

Removing Plaintiff as Managing Member, Changing Registered Agent, and Changing Principal

and Mailing Addresses from Florida to Uzbekistan

**Submitted by:** Plaintiff Edward Sartan

**In Support Of:** Verified Complaint

**Pages:** 4

**2022  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000093644

Entity Name: FLOTENT LLC

**Current Principal  Place of Business:**

0900 NE 30TH AVENUE
FL
VENTURA, FL  33180

**Current Mailing Address:**

0900 NE 30TH AVENUE
FL
VENTURA, FL  33180  US

**El Number: 81-2743890**                                           **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

ARTAN, EDWARD   MR.
0201 E COUNTRY CLUB DR
05
VENTURA, FL  33180  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   EDWARD SARTAN                                                                    02/02/2022

_____                                          _____
Electronic Signature of Registered Agent                                                  Date

**Authorized Person(s) Detail :**

Title          MGRM

Name          SARTAN, EDWARD

Address       20201 E COUNTRY CLUB DR
              905

City-State-Zip:   AVENTURA  FL  33180

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: EDWARD SARTAN                              MGRM                        02/02/2022

_____                                          _____
Electronic Signature of Signing Authorized Person(s) Detail                         Date

**FILED**
**Feb 02, 2022**
**Secretary of State**
**8800793442CC**

# 2022  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000099783

Entity Name: FLOTENT CHEMICALS LLC

**FILED
Feb 02, 2022
Secretary of State
5040998650CC**

**Current Principal  Place of Business:**

20900 NE 30TH AVENUE
FL
AVENTURA, FL  33180

**Current Mailing Address:**

20900 NE 30TH AVENUE
FL
AVENTURA, FL  33180  US

**EI Number: 81-2754684**                                   **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SARTAN, EDWARD  MR.
20201 E COUNTRY CLUB DR
905
AVENTURA, FL  33180  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  EDWARD SARTAN                                                                    02/02/2022

_____                                              _____
Electronic Signature of Registered Agent                                                         Date

**Authorized Person(s) Detail :**

| Title | AMBR | Title | PRESIDENT |
|---|---|---|---|
| Name | FLOTENT LLC | Name | EDWARD, SARTAN |
| Address | 20900 NE 30TH AVENUE 8 FL | Address | 20201 E COUNTRY CLUB DR UNIT 905 |
| City-State-Zip: | AVENTURA FL  33180 | City-State-Zip: | AVENTURA FL  33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: EDWARD SARTAN                          PRESIDENT                          02/02/2022

_____                                              _____
Electronic Signature of Signing Authorized Person(s) Detail                                        Date

**2022 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT**

**FILED**
**Aug 30, 2022**
**Secretary of State**
**1091653713CC**

DOCUMENT# L16000093644

Entity Name: FLOTENT LLC

Current Principal Place of Business:

5/26 CHIMKENT STR. MIRABAD, 100029
TASHKENT,

Current Mailing Address:

5/26 CHIMKENT STR. MIRABAD, 100029
TASHKENT,      UZ

FEI Number: 81-2743890                                    Certificate of Status Desired: No

Name and Address of Current Registered Agent:

CAPITOL CORPORATE SERVICES, INC.
515 EAST PARK AVENUE, 2ND FL
TALLAHASSEE , FL  32301  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  TAYLOR SEAY, ASSISTANT SECRETARY                              08/30/2022
_____          _____
Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| Title | AUTHORIZED MEMBER | Title | AUTHORIZED MEMBER |
|---|---|---|---|
| Name | RAKHMATULLAEV, OTABEK | Name | MARFITSIN, ALEXEI |
| Address | 15/26 CHIMKENT STR. MIRABAD, 100029 | Address | 15/26 CHIMKENT STR. MIRABAD, 100029 |
| City-State-Zip: | TASHKENT | City-State-Zip: | TASHKENT |

| Title | AUTHORIZED MEMBER |
|---|---|
| Name | SARTAN, EDWARD |
| Address | 20201 E COUNTRY CLUB DR 905 |
| City-State-Zip: | AVENTURA  FL  33180 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: OTABEK RAKHMATULLAEV                       AUTHORIZED MEMBER        08/30/2022
_____          _____
Electronic Signature of Signing Authorized Person(s) Detail                 Date

# 2022 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

**FILED**
**Aug 30, 2022**
**Secretary of State**
**6924087794CC**

DOCUMENT# L16000099783

Entity Name: FLOTENT CHEMICALS LLC

**Current Principal Place of Business:**

15/26 CHIMKENT STR. MIRABAD, 100029
TASHKENT,

**Current Mailing Address:**

15/26 CHIMKENT STR. MIRABAD, 100029
TASHKENT,    UZ

**FEI Number:** 81-2754684                     **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CAPITOL CORPORATE SERVICES, INC.
15 EAST PARK AVENUE, 2ND FL
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:    TAYLOR SEAY, ASSISTANT SECRETARY                          08/30/2022

Electronic Signature of Registered Agent                                           Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | FLOTENT LLC |
| Address | 15/26 CHIMKENT STR. MIRABAD, 100029 |
| City-State-Zip: | TASHKENT |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: OTABEK RAKHMATULLAEV                    AUTHORIZED                   08/30/2022
                                                    REPRESENTATIVE

Electronic Signature of Signing Authorized Person(s) Detail                          Date

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**


**CASE NO.:** _____


**EDWARD SARTAN,**

Plaintiff,

v.

**ALEKSEY MARFITSIN, et al.,**

Defendants.

_____/


**EXHIBIT 6**


**Screenshot of Flotent.com Homepage Showing Global Enterprise Branding and Use of the**

**FLOTENT Marks**

**Submitted by:** Plaintiff Edward Sartan

**In Support Of:** Verified Complaint

**Pages:** 2



( h t t p s : / / f l o t e n t . c o m / )

## ABOUT US

**Flotent Chemicals** is a global specialty chemical company supplying a broad range of advanced materials, functional products, specialized chemicals and other solutions that allow for the production and purification of the resources that are in the products people use every day. We serve our customers across a wide range of industries. We conduct our business with integrity, and with a passion for exceeding performance expectations.

Review our list of products and services to see how we can help your business thrive. If you don't see what you need, please contact us for assistance so we can understand how to customise the right process solution for you.

| MINING | WATER & PROCESS SOLUTIONS | WASTE MANAGEMENT | INDUSTRIAL FILTRATION |
|---|---|---|---|
|  |  |  |  |
| (http://flotent.com/mining-metallurgy/) | (http://flotent.com/water-process-solutions/) | (http://flotent.com/waste-management/) | (http://flotent.com/industrial-filteration/) |
| ENERGY | ION EXCHANGE RESINS | ACTIVATED CARBONS | CATALYSTS |
|  |  |  |  |
| (http://flotent.com/oil-gas/) | (http://flotent.com/ion-exchange-resins/) | (http://flotent.com/activated-carbon/) | (http://flotent.com/catalysts/) |

Please contact (http://flotent.com/contact-us/) a Flotent Chemicals team for the right solution to address your specific requirements.

 (http://flotent.com)

20900 NE 30TH AVE, 8 FL
Aventura, FL 33180-1529 USA
Tel: + 1 954 715 5550
info@flotent.com (mailto:info@flotent.com)

LINKS:

Intellectual Property (https://flotent.com/intellectual-property/)

Social (https://flotent.com/social/)

Logo (https://flotent.com/logo/)

Copyright (https://flotent.com/copyright/)

Terms of Use (https://flotent.com/terms-of-use/)

SOCIAL NETWORKS:

FaceBook (https://www.facebook.com/Flotent-Chemicals-324362574588458/)

Twitter (https://twitter.com/FlotentChemical)

LinkedIn (http://linkedin.com)

SEARCH

Copyright © 2017 Flotent LLC.

Kale (https://www.lyrathemes.com/kale/) by LyraThemes.com.